IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-20402

_____

UNITED STATES OF AMERICA

Plaintiff-Appellee,

versus

WAYNE L BRANCH

Defendant-Appellant.

_____

Appeal from the United States District Court
For the Southern District of Texas

(H-93-CR-15-1)

_____

March 13, 1998

Before GARWOOD, JOLLY, and HIGGINBOTHAM, Circuit Judges.

HIGGINBOTHAM, Circuit Judge:[*]

The district court did not abuse its discretion in modifying Branch's conditions of supervised release. Branch's constitutional challenges to the statutes and rules permitting modification of the conditions of supervised release are without merit. The judgment of the district court is AFFIRMED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.